Asst. Atty. Gen., Bennet N. Hollander, William K. Hogan, Attys., Tax Div., Dept. of Justice, Washington, D. C., Johnnie M. Walters, Asst. Atty. Gen., for defendant-appellant.

Ben R. Miller, Sr., Baton Rouge, La., for Shivel, Inc.

Harold J. Rhodes, Rhodes & Culotta, Berwick, La., for Diamond Construction Co.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

Herbert Stettin, Feibelman, Friedman, Britton & Stettin, Miami, Fla., for appellant.

William J. Kendrick, Shutts & Bowen, Miami, Fla., for appellee.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1a]

In the Matter of FIBRE GLASS BOAT CORPORATION, Bankrupt.

C. B. JOHNS, Trustee, Appellant,

v.

TELEFLEX INDUSTRIAL PRODUCTS, INC., Appellee.

No. 71–1956

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Oct. 5, 1971.

David A. DAVIS, Petitioner-Appellant,

v.

UNITED STATES of America, Respondent-Appellee.

Nos. 71–1610, 71–2200

Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 1, 1971.

Rehearing Denied Nov. 11, 1971.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409.

1a. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966.

** Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5th Cir. 1970, 431 F.2d 409, Part I.